JOHN H. GRANT, as Trustee in Bankruptcy of INTERSTATE PAVING COMPANY, Respondent, *v.* UVALDE ASPHALT PAVING COMPANY, Appellant.

*Grant* v. *Uvalde Asphalt Paving Co.*, 140 App. Div. 939, affirmed.
(Argued February 23, 1912; decided March 8, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 30, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods alleged to have been sold and delivered.

*Henry J. Cookinham* and *F. H. Cookinham* for appellant.

*Richard R. Martin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.